UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>$51.32 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA BUSINESS INTEREST MAXIMIZER ACCOUNT NUMBER 0046-0217-0208; AND $30,478.46 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA CHECKING ACCOUNT NUMBER 0046-0384-7433,<br>      Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to Title 21, United States Code, Section 881(a)(6), and Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(A), alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant properties consist of:

    a. $51.32 in United States currency seized from Bank of America Business Interest Maximizer Account Number 0046-0217-0208, held in the name of Non-surgical Orthopedic Center, LLC; and

    b. $30,478.46 in United States currency seized from

          Bank of America Checking Account Number 0046-0384-7433, held in the name of Non-surgical Orthopedic Center, LLC,

(collectively, the "Funds").

    3. As detailed in the Affidavit of United States Drug Enforcement Administration Diversion Investigator Ullrich C. Mayeski, attached as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Funds constitute moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance in violation of 21 U.S.C. §§ 841 and/or 843, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 843, and therefore the Funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). There also is probable cause to believe that the Funds constitute or are derived from proceeds traceable to health care fraud in violation of 18 U.S.C. § 1347, and therefore the Funds are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). In addition, there is probable cause to believe that the Funds constitute property involved in money laundering transactions or attempted money laundering transactions in violation of 18 U.S.C. § 1956, or property traceable to such property, and therefore the Funds

are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States of America prays:

1.  That a Warrant and Monition, in the form submitted herewith, be issued to the United States Marshal for the District of Massachusetts commanding her to seize the Funds and give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2.  That judgment of forfeiture be decreed against the Funds;

3.  That thereafter, the Funds be disposed of according to law; and

4.  For costs and all other relief to which the United States may be entitled.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    KRISTINA E. BARCLAY
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: December 10, 2007

VERIFICATION

I, Ullrich C. Mayeski, Diversion Investigator, United States Drug Enforcement Administration, state that I have read the foregoing Verified Complaint for Forfeiture in Rem and the attached Affidavit, and that the contents thereof are true to the best of my knowledge, information and belief.

*[signature]*
Ullrich C. Mayeski
Diversion Investigator
United States Drug Enforcement
Administration

Date: December 10, 2007

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                   Boston

Then personally appeared before me the above-named Ullrich C. Mayeski, Diversion Investigator, United States Drug Enforcement Administration, who acknowledged the foregoing to be true to the best of his knowledge, information and belief, on behalf of the United States of America.

Subscribed to and sworn to before me this 10th day of December, 2007.

*[signature]*
Notary Public
My commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009